UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                    CRIMINAL NO. 5:08-CR-0024 DCB JCS

MARY S. LEFLORE

## ORDER OF DISMISSAL OF COUNTS 2 THROUGH 14

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 2 through 14 of the Indictment against defendant Mary S. Leflore without prejudice.

                                      STAN HARRIS
                                      Acting United States Attorney

                                      /s/Dave Fulcher
                              By:   DAVE FULCHER
                                      Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Counts 2 through 14 as to defendant Mary S. Leflore.

SO ORDERED, this the  11th  day of February, 2009.

                                      s/ David Bramlette
                                      HONORABLE DAVID C. BRAMLETTE III
                                      UNITED STATES DISTRICT JUDGE